1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

9  UNITED STATES OF AMERICA,                )
                                            )   2:10-CR-600
10          Plaintiff,                      )
                                            )   ORDER FOR ISSUANCE OF
11    vs.                                   )   WRIT OF HABEAS CORPUS
                                            )   AD PROSEQUENDUM FOR
12  JAMES HENDERSON HAINES,                 )   JAMES HENDERSON HAINES
                                            )
13          Defendant.                      )
                                            )
14  _____

15          Upon reading the petition of the United States Attorney for the District of

16  Nevada, and good cause appearing therefor,

17          IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum

18  issue out of this Court, directing the production of the body of the said **JAMES**

19  **HENDERSON HAINES,** 00856268,  before the United States Magistrate Judge at Las

                              I/A & A/P Thu: 12/23/10
20  Vegas, Nevada, on or about ____  1:30 PM PAL  3B        ____, for Initial Appearance and

21  Arraignment and Plea, and any further proceedings and from time to time and day to day

22  thereafter until excused by the said Court.

23          **DATED:** _December 14, 2010_

24

25                                          UNITED STATES MAGISTRATE JUDGE

26

1 | DANIEL G. BOGDEN
United States Attorney
2 | PHILLIP SMITH
Assistant United States Attorney
3 | 333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
4 | (702) 388-6336

5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| UNITED STATES OF AMERICA, | ) | 2:10-cr-600 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| vs. | ) | CORPUS AD PROSEQUENDUM FOR |
| | ) | JAMES HENDERSON HAINES |
| JAMES HENDERSON HAINES, | ) | |
| Defendant. | ) | |
| | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JAMES HENDERSON HAINES**, 00856268, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **JAMES HENDERSON HAINES** pursuant to a Writ of Habeas Corpus Ad Prosequendum  so that the said **JAMES HENDERSON HAINES** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on I/A & A/P Thu: 12/23/10 1:30 PM PAL 3B _____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JAMES HENDERSON HAINES** before the United States Magistrate Judge on or about \_\_\_\_\_ I/A & A/P Thu: 12/23/10 1:30 PM PAL 3B \_\_\_\_\_, and any further proceedings and from time to time and day to day thereafter until excused by the

1 Court has been ordered by the United States Magistrate or District Judge for the District of
2 Nevada.

3          WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention
5 Center and to the United States Marshal for the District of Nevada, commanding them to
6 produce the said **JAMES HENDERSON HAINES** before the United States District Court on
7 or about _____ I/A & A/P Thu: 12/23/10  1:30 PM PAL 3B _____, and from time to time and day to day
8 thereafter, at such times and places as may be ordered and directed by the Court entitled
9 above, to appear before the Court, and when excused by the said Court, to be returned to
10 the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

11          **DATED** this ___14___ day of December 2010.

12                              Respectfully submitted,

13                              DANIEL G. BOGDEN
                               United States Attorney

14

15

16                              PHILLIP SMITH
                               Assistant United States Attorney

17
18
19
20
21
22
23
24
25
26

2