UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-600 JCM (LRL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JAMES HENDERSON HAINES, | |
| Defendant(s). | |

Presently before the court is *United States v. Haines*, case no. 2:10-cr-00600-JCM-VCF. James Haines ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (ECF No. 68).

Accordingly,

It is ORDERED that respondent file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 no later than 30 days from the date of this order.

DATED June 17, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**